**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILE DIVISION**
**www.flmb.uscourts.gov**

In re:

Chapter 13
Case No.: 3:21-bk-00616-JAF

**JAMES WESLEY THOMAS, SR.,**

Debtor.
_____/

**OBJECTION TO CONFIRMATION OF DEBTOR'S**
**PROPOSED AMENDED CHAPTER 13 PLAN [D.E. 11]**

Secured Creditor, **SN SERVICING CORPORATION, AS SERVICING AGENT**
**FOR U.S. BANK TRUST, N.A., AS TRUSTEE FOR THE TIKI SERIES IV TRUST**
("Secured Creditor"), objects to confirmation of the Debtor's proposed Chapter 13 Plan [D.E.
11] and states as follows:

1.      On March 16, 2021, the Debtor James Wesley Thomas, Sr. (the "Debtor") filed its
Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

2.      Secured Creditor is the owner and holder of that certain promissory note and that
mortgage recorded as instrument #2006425619, in O.R. Book 13691, Page 2370, in the Official
Records of Duval County, Florida, as to the real property commonly described as *1454 Guardian*
*Drive, Jacksonville, FL 32221* (the "Property").

3.      On March 30, 2021, the Debtor filed its proposed Chapter 13 Plan [D.E. 11].

4.      The Plan indicates an intention to pursue Mortgage Modification Mediation
("MMM") while proposed adequate protection payments of $326.59 for months 1 thru 60.
However, to date, the Debtor has not yet filed a Motion for Referral to MMM.  The Debtor

cannot modify the subject loan documents solely through plan treatment. Pursuant to 11 U.S.C. § 1322(b)(2), the terms of the original Note and Mortgage shall remain in full force and effect unless and until there has been a judicial determination and approval of a loan modification offered after completion of a loan modification review if the MMM motion is appropriately and timely filed.

5.     Moreover, the monthly adequate protection payment of $326.59 is insufficient as it fails to cover the monthly escrow payment of $342.99.

6.     The deadline for creditors to file Proof of Claims is May 25, 2021.

7.     Secured Creditor anticipates timely filing its secured proof of claim which will reflect an estimated total secured claim in the amount of $463,086.97, with an estimated pre-petition arrearages in the amount of $53,467.40, and denoting the current on-going mortgage payment as $1,381.77.

8.     The Plan fails to propose payments towards curing pre-petition arrearage due and owing to Secured Creditor when in fact the approximate estimated amount of the pre-petition arrearage due to Secured Creditor is $53,467.40.  Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

9.     Secured Creditor objects to any plan which proposes to pay it anything less than $53,467.40 as payment of the pre-petition arrearages due and owing and payable in equal monthly payments over the life of the plan.

10.     Secured Creditor retains the right to inquire further into the Debtor's eligibility for loss mitigation options.

11.     If mediation is conducted in this case and no agreement is reached between the parties, Secured Creditor's claim should be paid in full or the property surrendered to Secured Creditor and the automatic stay terminated *in rem* with respect to the collateral real property

12.     Debtor's plan should also account for future tax and insurance obligations.

13.     Secured Creditor reserves the right to supplement this Objection.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court sustain its Objection to Confirmation, deny confirmation of the Debtor's proposed Amended Chapter 13 Plan, and for any such other relief that the Court deems just and proper.

**Dated:  May 10, 2021**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
1031 North Miami Beach Blvd.
North Miami Beach, FL 33162
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By: /s/ Melbalynn Fisher
        Melbalynn Fisher, Esq.
        Florida Bar No. 107698
        mfisher@ghidottiberger.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

| | |
|---|---|
| *Debtor* | *Debtor's Counsel* |
| **James Wesley Thomas, Sr.** | **William B McDaniel, Esq.** |
| 1454 Guardian Drive | 1710 Shadowood Lane, Suite 210 |
| Jacksonville, FL 32221-8027 | Jacksonville, FL 32207 |
| | |
| *Trustee* | *U.S. Trustee* |
| **Douglas W Neway** | **United States Trustee - JAX 13/7, 7** |
| Post Office Box 4308 | Office of the United States Trustee |
| Jacksonville, FL 32201 | George C Young Federal Building |
| | 400 West Washington Street, Suite 1100 |
| | Orlando, FL 32801 |

By:    /s/ Melbalynn Fisher

        Melbalynn Fisher, Esq.